1  Frank Woodson
   Navan Ward
2  BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX            MDL NO. 1699
    MARKETING SALES PRACTICES AND         District Judge: Charles R. Breyer
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *William Randolph Hall, Sr. vs. Pfizer Inc, et al.*   **STIPULATION AND ORDER OF**
    (06-2273 CRB)                                         **DISMISSAL WITH PREJUDICE**
16

17  *Roger Harper vs. Pfizer Inc, et al.*
    (06-6023 CRB)

18  *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*
    (07-2218 CRB)
19

20  *Leon Hendrix vs. Pfizer Inc, et al.*
    (08-0704 CRB)

21  *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*
    (07-4383 CRB)
22

23  *Charles Lee Holmes vs. Pfizer Inc, et al.*
    (06-4211 CRB)

24  *Bruce Holzwarth vs. Pfizer Inc, et al.*
    (07-3035 CRB)
25

26  *David E. Huard vs. Pfizer Inc, et al.*
    (08-0796 CRB)

27  *Clifford Jackson vs. Pfizer Inc, et al.*
    (06-5042 CRB)
28

                                    -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42579891.1

1    *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
     (06-2605 CRB)
2
     *Ozzie Jackson vs. Pfizer Inc, et al.*
3    (06-2274 CRB)

4    *Ronald Jacoby vs. Pfizer Inc, et al.*
     (07-4689 CRB)
5
     *Kathy Jewell vs. Pfizer Inc, et al.*
6    (07-1355 CRB)

7    *Dorothy Johnson vs. Pfizer Inc, et al.*
     (06-5039 CRB)
8
     *Billie Jean Johnstone vs. G.D. Searle LLC, et*
9    *al.*
     (07-4549 CRB)
10
     *John R. Jones vs. Pfizer Inc, et al.*
11   (06-3899 CRB)

12   *Sylvester Jones vs. G.D. Searle LLC, et al.*
     (07-4550 CRB)
13
     *Robert K. Kiser II vs. Pfizer Inc, et al.*
14   (06-4104 CRB)

15   *Frank Klinger vs. G.D. Searle LLC, et al.*
     (05-4739 CRB)
16
     *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
17   (08-2149 CRB)

18   *Vasudev Kulkarni vs. Pfizer Inc, et al.*
     (07-1528 CRB)
19
     *Bertha R. Lacy vs. Pfizer Inc, et al.*
20   (06-7383 CRB)

21   *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et*
     *al.*
22   (08-1856 CRB)

23   *Thomas Lauer vs. Pfizer Inc, et al.*
     (08-2854 CRB)
24
     *Barbara Laver vs. Pfizer Inc, et al.*
25   (08-3705 CRB)

26   *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
     (06-7631 CRB)
27
     *Vickie L. Lewis vs. Pfizer Inc, et al.*
28   (06-4284 CRB)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1

2   *Robert L. Lippincott vs. Pfizer Inc, et al.*
    (07-5018 CRB)

3   *John Scarcliff vs. G.D. Searle LLC, et al.*
    (05-4454 CRB)
4
    *Norma Matthias vs. Pfizer Inc, et al.*
5   (06-7632 CRB)

6   *Elise Mayes vs. Pfizer Inc, et al.*
    (08-3702 CRB)
7
    *William D. McCluskey vs. Merck & Co. Inc, et*
8   *al.*
    (07-3342 CRB)
9
    *Phyllis McCord vs. G.D. Searle LLC, et al.*
10  (05-4738 CRB)

11  *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
    (07-1317 CRB)
12
    *Vince Mejer vs. Pfizer Inc, et al.*
13  (07-0237 CRB)

14  *James Byron McVay vs. Pfizer Inc, et al.*
    (07-0861 CRB)
15
    *Alfred Melton vs. Pfizer Inc, et al.*
16  (06-2745 CRB)

17  *Richard McNabb, et al. vs. Pfizer Inc, et al.*
    (07-6450 CRB)
18
    *Wilmer Merriweather vs. G.D. Searle LLC, et*
19  *al.*
    (05-4452 CRB)
20
    *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
21  (06-6588 CRB)

22  *Ronald Miller vs. Pfizer Inc, et al.*
    (09-0892 CRB)
23
    *Linda Mirza vs. Pfizer Inc, et al.*
24  (06-3818 CRB)

25  *Carolyn Montiforte vs. Pfizer Inc, et al.*
    (07-4735 CRB)
26
    *Henry C. Morris vs. Pfizer Inc, et al.*
27  (06-3686 CRB)

28  *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1 | (09-0891 CRB)

2 | *Patsy Murry, et al. vs. Pfizer Inc, et al.*
(06-7438 CRB)

3

4 | *Ed Narke vs. Pfizer Inc, et al.*
(08-0260 CRB)

5 | *Dian C. Neal vs. Pfizer Inc, et al.*
(06-3900 CRB)

6

7 | *Rosa M. Nelson vs. Pfizer Inc, et al.*
(06-2275 CRB)

8 | *Cliff Norwood vs. G.D. Searle LLC, et al.*
(05-4451 CRB)

9

10 | *Floyd Odom vs. Pfizer Inc, et al.*
(07-5885 CRB)

11 | *Joan J. Opel vs. Pfizer Inc, et al.*
(07-4372 CRB)

12

13 | *Mary Osteen vs. Pfizer Inc, et al.*
(06-6928 CRB)

14 | *Elvis Owens, et al. vs. Pfizer Inc, et al.*
(06-5002 CRB)

15

16 | *James Curtis Owens vs. Pfizer Inc, et al.*
(06-1669 CRB)

17 | *Marvin Palmer vs. Pfizer Inc, et al.*
(06-6499 CRB)

18

19 | *Albert Pearson vs. G.D. Searle LLC, et al.*
(05-4455 CRB)

20 | *R.V. Perkins vs. Pfizer Inc, et al.*
(08-3699 CRB)

21

22 | *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
(05-4492 CRB)

23 | *Kirk Redenius vs. Pfizer Inc, et al.*
(06-4901 CRB)

24

25 | *Linda Redinger vs. Pfizer Inc, et al.*
(07-0454 CRB)

26 | *Tammy L. Ribble vs. Pfizer Inc, et al.*
(06-7283 CRB)

27

28 | *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
(06-6114 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1

2 *Tracy Ring vs. G.D. Searle LLC, et al.*
  (06-0733 CRB)

3

4       Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

5  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

6  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

7  each side bearing its own attorneys' fees and costs.

8

9       DATED: 10·16 2009      By: *Plaven Ward F.*

10                                **BEASLEY, ALLEN, CROW, METHVIN,**
                                  **PORTIS & MILES, P.C.**
11                                218 Commerce Street
                                  P.O. Box 4160
12                                Montgomery, Alabama 36103
                                  Telephone: 334-269-2343
13                                Facsimile: 334-954-7555

14                                *Attorneys for Plaintiffs*

15

16      DATED: Oct. 19, 2009      By: _____

17                                **DLA PIPER LLP (US)**
18                                1251 Avenue of the Americas
                                  New York, New York 10020
19                                Telephone: 212-335-4500
                                  Facsimile: 212-335-4501

20                                *Defendants' Liaison Counsel*

21

22

23     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
       **IT IS SO ORDERED.**
24

25

26     Dated: 10/22/2009
                                  Hon. Charles R. Breyer
27                                United States District Court

28

                                  -5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
       EAST\42579891.1